**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SERGEY VOYCHUK

**DEFENDANTS**
JEFF GEORGE, STATE OF CALIFORNIA, and DOES 1-20, inclusive

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Roger A. Dreyer, Stephen F. Davids   (916) 379-3500
DREYER, BABICH, BUCCOLA & CALLAHAM, LLP, 20 Bicentennial Circle
Sacramento, California 95826

Attorneys (If Known)
Sterling A. Smith   (916) 445-0378
Office of the Attorney General
1300 I Street, Suite 125
PO Box 944255
Sacramento, California 94244-1550

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:**   **JURY DEMAND:** ☐ Yes   ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No      ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Alleged violation of Plaintiff Sergey Voychuk's civil rights under 42 U.S.C. Section 1983 by use of excessive force by Defendants.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | | FORFEITURE / PENALTY | |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| | | | | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 890 Other Statutory Actions | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?   ☒ No   ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number: _____

1  BILL LOCKYER
   Attorney General of the State of California
2  DARRYL L. DOKE
   Lead Supervising Deputy Attorney General
3  STEPHEN J. EGAN
   Deputy Attorney General
4  STERLING A. SMITH, State Bar No. 84287
   Deputy Attorney General
5  SCOTT H. WYCKOFF
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 455-0378
8   Fax: (916) 322-8288

9  Attorneys for Defendants State of California and Jeff George

10

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| **SERGEY VOYCHUK,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**JEFF GEORGE, STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 USC SECTION 1441(b)** |

20

21      TO THE CLERK OF THE ABOVE COURT:

22      PLEASE TAKE NOTICE that Defendants State of California and Jeff George hereby

23  remove to this Court the State court action described below.

24      1.   On August 11, 2005, an action was commenced in the Superior Court of the State of

25  California in and for the County of Sacramento entitled *Sergey Voychuk, plaintiff v. State of*

26  *California, Jeff George, and Does 1 through 20, inclusive, defendants,* as Case No. 05AS03517.

27  A copy of the "Complaint for Personal Injuries" filed in the action is attached hereto as Exhibit

28  "A".

NOTICE OF REMOVAL
                                        1

2. The first date upon which Defendant State of California or Defendant Jeff George received a copy of the Summons and Complaint was on September 6, 2005, when Defendant State of California was served with Summons, Complaint, "Program Case Notice" and "Statement of Damages." A copy of the Summons, "Program Case Notice" and "Statement of Damages" is attached collectively hereto as Exhibit "B".

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331, and is one which may be removed to this Court by Defendants under 28 U.S.C. section 1441(b), because it arises under 42 U.S.C. section 1983.

4. Defendants State of California and Jeff George, the only Defendants served with process, hereby join in this Notice of Removal.

Dated: October 4, 2005

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

DARRYL L. DOKE
Lead Supervising Deputy Attorney General

STEPHEN J. EGAN
Deputy Attorney General
SCOTT H. WYCKOFF
Deputy Attorney General

/s/ Sterling A. Smith

STERLING A. SMITH
Deputy Attorney General
Attorneys for Defendants State of California and Jeff George

10194160.wpd

NOTICE OF REMOVAL

2

EXHIBIT A

1  ROGER A. DREYER, ESQ. / SBN: 095462
   STEPHEN F. DAVIDS, ESQ. / SBN: 105097
2  **DREYER, BABICH, BUCCOLA & CALLAHAM, LLP**
   20 Bicentennial Circle
3  Sacramento, CA 95826
   Telephone: (916) 379-3500
4  Facsimile: (916) 379-3599

5  Attorneys for Plaintiff

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| SERGEY VOYCHUK, | No. 05AS03517 |
| Plaintiff, | **COMPLAINT FOR PERSONAL INJURIES** |
| v. | |
| STATE OF CALIFORNIA, JEFF GEORGE, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff SERGEY VOYCHUK complains against Defendants and alleges as follows:

### FIRST CAUSE OF ACTION

### (Personal Injury)

1. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants DOES 1 to 20, are unknown to Plaintiff who therefore sues such DOES by such fictitious names, and Plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained. Plaintiff is informed and believes and thereon alleges that each of the Defendants, and DOES 1 to 20, are responsible under law in some manner negligently, in warranty, strictly, or otherwise for the events and happenings herein referred to and by law thereby caused injuries and damages to Plaintiff as herein alleged.

///

///

2. Plaintiff is now, and at all times herein mentioned herein, was a resident within the County of Sacramento. Plaintiff further alleges that each Defendant is a citizen and resident of, or doing business within, the State of California, and/or is a public entity within the State of California. The amount in controversy is in excess of the minimal jurisdictional limits of this Court.

3. Plaintiff has filed a written claim for damages for personal injuries on the Board of Control of the STATE OF CALIFORNIA, which has been denied by the appropriate authorities. Plaintiff has complied with all applicable Government Code claims procedures.

4. On October 2, 2004, Plaintiff was in his vehicle on Myrtle Avenue at or near its dead-end into Interstate 80 in the County of Sacramento when he was confronted by law enforcement officers due to alleged conduct of Plaintiff. These law enforcement officers included Defendant GEORGE of the California Highway Patrol, as well as possibly other officers of the California Highway Patrol and/or officers of other law enforcement agencies and jurisdictions, including but not limited to DOES 11 through 20.

5. At all relevant times, Defendants GEORGE and DOES 11 through 20 were the agents, employees or contractors of Defendants STATE OF CALIFORNIA and DOES 1 through 10, and were at all times acting within the course and scope of said agency, employment or contract, and with the permission, knowledge and consent of each remaining Defendants.

6. Defendants STATE OF CALIFORNIA and DOES 1 through 10 are liable to Plaintiff for the negligence of Defendants GEORGE and DOES 11 through 20 within the course and scope of the latter's employment and/or agency, by virtue of Government Code Section 815.2, Defendants GEORGE and DOES 11 through 20 are liable to Plaintiff for their negligence, pursuant to Government Code Section 820.

7. At the time and location stated above, Defendants GEORGE, in the course and scope of their employment with Defendant STATE OF CALIFORNIA and DOES 1 through 10, negligently and/or intentionally and/or recklessly discharged their service firearm(s), causing severe personal injuries to Plaintiff.

///

8. As a direct result of the negligence and/or intentional and/or reckless conduct of the Defendants, Plaintiff suffered personal injuries, including but not limited to bodily injuries and severe emotional distress arising therefrom. As a result of his injuries, Plaintiff has incurred economic damages, including but not limited to: (a) past and future medical and related expenses, including but not limited to cost of care expenses; (b) other consequential expenses; and (c) past and future loss of income. Plaintiff has also sustained past and future non-economic damages, in addition to any prejudgment interest allowed by law.

Plaintiff prays for judgment against Defendants for:

a. Non-economic damages in excess of the jurisdictional limit of this Court;

b. All medical, cost of care, and incidental expenses according to proof;

c. All loss of earnings according to proof;

d. Prejudgment interest to the extent permitted by law;

e. All costs of suit; and

f. Such other and further relief as this Court may deem just and proper.

As a separate Second Cause of Action, Plaintiff complains against Defendants and alleges as follows:

## SECOND CAUSE OF ACTION

### (42 USC 1983)

9. Plaintiff incorporates herein by reference each and every allegation contained in the First Cause of Action as though fully set forth.

10. On October 2, 2004, in doing the acts described herein above, Defendant GEORGE and DOES 11 through 20, in the course and scope of their employment with Defendants STATE OF CALIFORNIA and DOES 1 through 10, deprived Plaintiff of his rights, privileges, or immunities secured by the United States and/or California Constitution and laws, thereby subjecting Defendants to civil liability for Plaintiff's injuries and damages pursuant to 42 USC Section 1983.

///

///

Plaintiff prays for judgment against Defendants for:

a. Non-economic damages in excess of the jurisdictional limit of this Court;

b. All medical, cost of care, and incidental expenses according to proof;

c. All loss of earnings according to proof;

d. Prejudgment interest to the extent permitted by law;

e. All costs of suit;

f. Reasonable attorneys' fees pursuant to 42 USC 1983; and

g. Such other and further relief as this Court may deem just and proper.

As a separate Third Cause of Action, Plaintiff complains against Defendants GEORGE and DOES 11 through 20 and alleges as follows:

### THIRD CAUSE OF ACTION

### (Intentional Infliction of Emotional Distress)

11. Plaintiff incorporates herein by reference each and every allegation contained in the First and Second Causes of Action as though fully set forth.

12. On October 2, 2004, in doing the acts described herein above, Defendants GEORGE and DOES 11 through 20, committed extreme and outrageous conduct, thereby intentionally inflicted severe emotional distress upon Plaintiff.

13. Defendants GEORGE and DOES 11 through 20 acted with malice and oppression, in that they despicably and cruelly shot the unarmed Plaintiff multiple times in the back, without provocation, and with the specific knowledge that Plaintiff was cornered in his vehicle by the officers in a cul-de-sac and had no way to escape or to threaten, menace, or injure them. Defendants GEORGE and DOES 11 through 20 taunted Plaintiff before shooting him, telling him that it was over and there was nowhere to run, or words to that effect.

///

///

///

///

///

Complaint for Personal Injuries                    -4-

Plaintiff prays for judgment against Defendants GEORGE and DOES 11 through 20 for:

a.    Non-economic damages in excess of the jurisdictional limit of this Court;

b.    All medical, cost of care, and incidental expenses according to proof;

c.    All loss of earnings according to proof;

d.    Prejudgment interest to the extent permitted by law;

e.    All costs of suit;

f.    Punitive / Exemplary Damages according to proof; and

g.    Such other and further relief as this Court may deem just and proper.

DATED: August \\, 2005    DREYER, BABICH, BUCCOLA & CALLAHAM, LLP

By: _____
ROGER A. DREYER
Attorneys for Plaintiff

EXHIBIT B

| | SUM-100 |
|---|---|
| **SUMMONS** *(CITACIÓN JUDICIAL)* | |
| **NOTICE TO DEFENDANT:** *(AVISO AL DEMANDADO):* STATE OF CALIFORNIA, JEFF GEORGE, and DOES 1 through 20, inclusive, | FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |
| **YOU ARE BEING SUED BY PLAINTIFF:** *(LO ESTÁ DEMANDANDO EL DEMANDANTE):* SERGEY VOYCHUK | |

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* SACRAMENTO COUNTY SUPERIOR COURT 720 NINTH STREET SACRAMENTO, CA 95814 | CASE NUMBER: *(Número del Caso):* 05AS03517 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ROGER A. DREYER, ESQ./SBN: 095462          (916) 379-3500   (916) 379-3599
DREYER, BABICH, BUCCOLA & CALLAHAM, LLP
20 BICENTENNIAL CIRCLE
SACRAMENTO, CA 95826

| DATE: *(Fecha)* AUG 11 2005 | Clerk, by *(Secretario)* M. Rubalcaba | , Deputy *(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [X] on behalf of *(specify):* STATE OF CALIFORNIA

   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [X] other *(specify):* PUBLIC ENTITY
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

# Superior Court of California
# County of Sacramento

## Program Case Notice

The Accelerated Civil Trial Case Management Program, (A.C.T.) requires the following timelines to be met in all cases except those that are excluded by California Rules of Court section 207(b):

| Action | Requirement |
|---|---|
| Service of Summons | Summons, complaint and program case notice must be served on all named defendants and proofs of service on those defendants must be filed with the court within **60 days** from the filing of the complaint.<br><br>When the complaint is amended to add a new defendant, the added defendant must be served and proofs of service must be filed within **30 days** after the filing of the amended complaint.<br><br>A cross-complaint adding a new party must be served and proofs of service must be filed with the court **30 days** from the filing of the cross-complaint. |
| Statement of Damages | If a statement of damages pursuant to Section 425.11 of the Code of Civil Procedure or a statement of punitive damages is required, it must be served with the summons and complaint. |
| Certificate of Service/Progress | Within **75 days** of the filing of the complaint, plaintiff must file a certificate of service or a certificate of progress on a form provided by the court. |
| Responsive Pleadings | If a responsive pleading is not served within the time limits and no extension of time has been granted, the plaintiff within **10 days** after the time for service has elapsed must file a request for entry of default.<br><br>Parties may stipulate without leave of court to one 15-day extension beyond the 30-day time period prescribed for the response after service of the initial complaint.<br><br>No extensions of time to respond beyond **105 days** from the filing of the complaint may be given. |
| Judgment by Default | When a default is entered, the party who requested the entry of default must apply for a default judgment against the defaulting party within **45 days** after entry of default, unless the court has granted an extension of time. |
| Case Management Statement | The court will serve a notice of case management conference on all parties approximately **120 days** after the complaint is filed. A case management conference statement shall be filed at least 15 calendar days prior to the date set for the case management conference. |
| Meet and Confer | Parties must meet and confer, in person or by telephone as required in California Rules of Court 212(f) at least 30 calendar days before the case management conference date. |
| Case Management Conference | A case management conference is generally held within **180 days** of the filing of the complaint. |

Failure to comply with the program rules may result in the imposition of sanctions or an order to show cause. Please refer to Local Rules 11.00 (C.M.P.) to 11.19 (C.M.P.) for more information.

**NOTE: THIS NOTICE MUST BE SERVED WITH THE SUMMONS AND COMPLAINT.**

Revised June 5, 2003                                    Case Notice (Unlimited Civil Case)

— *DO NOT FILE WITH THE COURT* —
- *UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585* -

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* <br> ROGER A. DREYER, ESQ./SBN: 095462 <br> STEPHEN F. DAVIDS, ESQ./SBN: 105097 <br> DREYER, BABICH, BUCCOLA & CALLAHAM, LLP <br> 20 Bicentennial Circle <br> Sacramento, CA 95826 <br> ATTORNEY FOR *(name):* Plaintiff | TELEPHONE NO.: (916) 379-3500 | FOR COURT USE ONLY |
|---|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SACRAMENTO
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME:

PLAINTIFF: SERGEY VOYCHUK
DEFENDANT: STATE OF CALIFORNIA, et al.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 05AS03517

To *(name of one defendant only):* STATE OF CALIFORNIA
Plaintiff *(name of one plaintiff only):* SERGEY VOYCHUK
seeks damages in the above-entitled action, as follows:

1. **General damages**  AMOUNT
   a. [X] Pain, suffering, and inconvenience ............................................. $ 5,000,000
   b. [X] Emotional distress ............................................................. $ 2,000,000
   c. [ ] Loss of consortium ............................................................. $ _____
   d. [ ] Loss of society and companionship *(wrongful death actions only)* ............. $ _____
   e. [ ] Other *(specify)* .............................................................. $ _____
   f. [ ] Other *(specify)* .............................................................. $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [X] Medical expenses *(to date)* .................................................. $ 250,000
   b. [X] Future medical expenses *(present value)* .................................... $ 2,000,000
   c. [X] Loss of earnings *(to date)* .................................................. $ 10,000
   d. [X] Loss of future earning capacity *(present value)* ............................. $ 1,000,000
   e. [ ] Property damage ............................................................... $ _____
   f. [ ] Funeral expenses *(wrongful death actions only)* .............................. $ _____
   g. [ ] Future contributions *(present value) (wrongful death actions only)* .......... $ _____
   h. [ ] Value of personal service, advice, or training *(wrongful death actions only)* $ _____
   i. [ ] Other *(specify)* .............................................................. $ _____
   j. [ ] Other *(specify)* .............................................................. $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages**: Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*. .$ _____
   when pursuing a judgment in the suit filed against you.

Date: September 02, 2005

ROGER A. DREYER, ESQ./SBN: 095462        ▶    **ROGER A. DREYER**
(TYPE OR PRINT NAME)                           (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Form Adopted by Rule 982
Judicial Council of California
982(a)(24) [New January 1, 1997]
Mandatory Form

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Legal Solutions Plus

Code of Civil Procedure, §§ 425.11, 425.115