1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

                              ----oo0oo----

11

12   SERGEY VOYCHUK,
                                        NO. CIV. S 05-2007 MCE GGH
13              Plaintiff,

14        v.                            ORDER

15   JEFF GEORGE, STATE OF
     CALIFORNIA, and DOES 1 through
16   20, inclusive,

17              Defendant.

18                            ----oo0oo----

19        Through the present motion, Defendant State of California

20   ("Defendant State") seeks to dismiss, pursuant to Federal Rule of

21   Civil Procedure 12(b)(6), the Second Cause of Action pled in

22   Plaintiff's Complaint for Personal Injuries on grounds that

23   Plaintiff cannot state a viable claim against Defendant State for

24   violation of 42 U.S.C. § 1983.  According to Defendant State,

25   because it is not considered a "person" subject to the provisions

26   of § 1983, it is not subject to liability under that statute.

27   Defendant State cites the Supreme Court's decision in Will v.

28   Michigan Dept. Of State Police, 491 U.S. 58, 70-71 (1989) to

                                    1

1 support that proposition.

2     On October 28, 2005, Plaintiff filed a Statement of Non-

3 Opposition to Defendant State's motion, which only seeks to

4 dismiss the Second Cause of Action as against Defendant State and

5 does not purport to request dismissal of said claim against the

6 remaining named defendant, Jeff George.  Based on that non-

7 opposition, and good cause appearing therefor, Defendant State's

8 Motion to Dismiss the Second Cause of Action is GRANTED[1] as to

9 Defendant State, only.

10     IT IS SO ORDERED.

11

12 DATED: November 2, 2005

13

14

15     _____

16     MORRISON C. ENGLAND, JR.
       UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

_____

27     [1]Because oral argument would not be of material assistance,
    this matter was deemed suitable for decision without oral
28 argument.  E.D. Local Rule 78-230(h).

2